AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2008 APR 24 PM 3: 26

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) FLORIDA |
| | CASE NUMBER: 3:05-cr-263-J-20JRK |
| | USM NUMBER: 31190-028 |
| v. | |
| CLIFFORD WIGGS | |
| | Defendant's Attorney: W. Charles Fletcher (cja) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __One through Five__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports. | January 2008 |
| Two | Failure to notify the probation officer ten days prior to change in residence. | January 2008 |
| Three | Failure to report to a Residential Re-entry Center. | January 2008 |
| Four | New conviction while on supervision. | November 2007 |
| Five | Positive urinalysis for cocaine. | January 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 24, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: April 24, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | CLIFFORD WIGGS | Judgment - Page 2 of 2 |
| Case No.: | 3:05-cr-263-J-20JRK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
FCI Coleman and the intensive substance abuse program.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

     ___ at _____ a.m.  p.m. on _____.

     ___ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ___ before 2 p.m. on _____.

     ___ as notified by the United States Marshal.

     ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL